**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE: 1:22-cv-21559-FAM

CARLOS BRITO,

     Plaintiff,

v.

PRUDENCE  INVESTMENTS, INC. d/b/a
MILAM DAIRY COMMERCE CENTER,

     Defendant

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO, and Defendant, PRUDENCE INVESTMENTS, INC. d/b/a MILAM DAIRY COMMERCE CENTER, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to this Defendant.

Respectfully submitted this September 26, 2022.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Brett A. Duker* |
| ANTHONY J. PEREZ | BRETT A. DUKER |
| Florida Bar No. 535451 | Florida Bar No.  0021609 |
| GARCIA-MENOCAL & PEREZ, P.L. | SACHS SAX CAPLAN |
| 4937 S.W. 74th Court | 6111 Broken Sound Parkway NW, Suite 200 |
| Miami, FL 33155 | Boca Raton, Florida 33487 |
| Telephone: (305) 553- 3464 | Telephone: (561) 994-4499 |
| Email:  ajperez@lawgmp.com | Email:  bduker@ssclawfirm.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

1

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this September 26, 2022.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com;
dramos@lawgmp.com

By: */s/ Anthony J. Perez*
       ANTHONY J. PEREZ

2