UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 22-21559-CIV-MORENO**

CARLOS BRITO,

        Plaintiff,

vs.

PRUDENCE INVESTMENTS, INC.,

        Defendant.

_____/

**FINAL ORDER OF DISMISSAL AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon Notice of Settlement (**D.E. 20**), filed on **September 26, 2022**.  It is

ADJUDGED that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement.  The Court shall retain jurisdiction for six months to enforce the terms of the settlement agreement.  It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th of September 2022.

*Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record